1 DANIEL J. BRODERICK, #89424
Federal Defender
2 MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIK V. STOTT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:10-mj-00072 MJS |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER |
| v. | ) | |
| ERIK V. STOTT, | ) | Date: November 16, 2010 |
| | ) | Time: 10:00 A.M. |
| Defendant. | ) | Judge: Hon. Michael J. Seng |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference hearing in the above-referenced proceedings now set for November 2, 2010, **may be continued to November 16, 2010, at 10:00 A.M.**

This continuance is requested by counsel for defendant to allow additional time for defense preparation and plea negotiation prior to the hearing. Acting Legal Officer Susan St. Vincent has no objection to this request. The requested continuance will conserve time and resources for all parties and the court.

///

///

///

///

1 The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

Dated: October 28, 2010                             By: /s/ Susan St. Vincent
                                                                            SUSAN ST. VINCENT
                                                                            Acting Legal Officer for
                                                                            National Park Service

Dated: October 28, 2010                             By: /s/ Melody M. Walcott
                                                                            MELODY M. WALCOTT
                                                                            Office of the Federal Defender
                                                                            Attorney for Defendant
                                                                            ERIC V. STOTT

**O R D E R**

IT IS SO ORDERED.

Dated:    October 30, 2010                          /s/ *Michael J. Seng*
                                                                   UNITED STATES MAGISTRATE JUDGE