Susan St. Vincent
Paralegal Specialist
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:10-mj-00072-MJS |
| Plaintiff, | ) ) | MOTION TO DISMISS; AND ORDER THEREON |
| v. | ) ) | |
| ERIK STOTT, | ) ) | |
| Defendant. | ) ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby requests that the charges against the Defendant be dismissed in the interest of justice and moves the Court for an order of dismissal without prejudice.

Dated: January 10, 2011                NATIONAL PARK SERVICE


                                        /s/ Susan St. Vincent
                                       Susan St. Vincent
                                       Paralegal Specialist


**ORDER**

IT IS SO ORDERED.

Dated:   January 11, 2011              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

1